1  SHOOK, HARDY & BACON L.L.P
   Scott LaSalle (SBN: 188287)
2  5 Park Plaza, Suite 1600
   Jamboree Center
3  Irvine, California 92614-2546
   Telephone: (949) 475-1500
4  Facsimile: (949) 475-0016
   Email: rlasalle@shb.com
5

6  Attorneys for Defendants
   Tyco Healthcare Group LP n/k/a Covidien and
7  Covidien, Inc.

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 ART GONZALES, ET AL.,                   ) Case No. 1:09-CV-01958-OWW-SMS
                                            )
12          Plaintiffs,                     ) Judge: Hon. Oliver W. Wanger
                                            ) Courtroom: #3 (7th Floor)
13      v.                                  )
                                            ) **ORDER ON JOINT STIPULATION**
14 LUCILLE PACKARD CHILDREN'S              ) **RE TYCO HEALTHCARE GROUP**
   HOSPITAL, ET AL.,                        ) **AND COVIDIEN'S TIME TO FILE**
15                                          ) **A RESPONSIVE PLEADING TO**
            Defendants.                     ) **PLAINTIFFS' COMPLAINT FOR**
16                                          ) **DAMAGES**
                                            )
17                                          )
                                            )
18                                          )

---

1

STIPULATION AND ORDER RE CONTINUANCE OF
TYCO HEALTHCARE AND COVIDIEN'S TIME TO FILE A RESPONSIVE PLEADING

61730v1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs and Defendants Tyco Healthcare Group LP n/k/a Covidien and Covidien jointly agree to stipulate to continue Tyco Healthcare and Covidien's time to file a responsive pleading in response to Plaintiffs' Complaint for Damages to December 15, 2009.

Dated: November 16, 2009     SHOOK, HARDY & BACON LLP

By: ___/s/ Scott LaSalle_____
    Scott LaSalle
Attorneys for Defendants Tyco Healthcare
Group LP n/k/a Covidien and Covidien, Inc.

Dated: November 16, 2009     ROBINSON, CALCAGNIE & ROBINSON

By: ___/s/ Karren Schaeffer_____
    Karren Schaeffer
Attorneys for Plaintiffs

## **ORDER**

Good cause appearing therefore, it is hereby ordered that Tyco Healthcare LP n/k/a Covidien and Covidien, Inc.'s responsive pleading in response to Plaintiffs' Complaint for Damages shall be due December 15, 2009.

Dated: November 16, 2009     By:     /s/ OLIVER W. WANGER
    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com