| | |
|---|---|
| 1 | LAURIE E. SHERWOOD, State Bar No. 155312 |
| | ALEXANDER F. PEVZNER, State Bar No. 221606 |
| 2 | WALSWORTH FRANKLIN BEVINS & McCALL, LLP |
| | 601 Montgomery Street, Ninth Floor |
| 3 | San Francisco, California 94111-2612 |
| | Telephone: (415) 781-7072 |
| 4 | Facsimile: (415) 391-6258 |
| 5 | Attorneys for Defendant |
| | MEDEFIL, INC. |
| 6 | |
| | **OF COUNSEL:** |
| 7 | BARRY R. MURNER, ESQ. |
| | SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA |
| 8 | 26600 Detroit Road |
| | Cleveland, OH 44145-2397 |
| 9 | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | | |
|---|---|---|
| ART GONZALES and MARY GONZALES, Individually and as Successors-in-Interest of the Estate of M.G., | ) ) ) | Case No. 1:09-CV-01958-OWW-SMS |
| Plaintiffs, | ) ) ) ) ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | ) ) | |
| LUCILLE PACKARD CHILDREN'S HOSPITAL, STANFORD HOSPITAL AND CLINICS, | ) ) ) ) | |
| BAXTER HEALTHCARE CORP. c/o Ct Corporation System 4169 Westport Road Louisville, KY 40207 | ) ) ) ) ) ) | |
| and | ) ) | |
| BAXTER INTERNATIONAL, INC. One Baxter Parkway Deerfield, IL 60015 | ) ) ) ) | |
| and | ) ) | |
| SCIENTIFIC PROTEIN LABORATORIES, INC. c/o CT Corporation System, Registered Agent 8040 Excelsior Dr., Suite 200 Madison, WI 53717 | ) ) ) ) ) ) ) | |

-1- Case No. 1:09-CV-01958-OWW-SMS

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

Walsworth, Franklin, Bevins & McCall, LLP
*ATTORNEYS AT LAW*

770056.1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | and ) |
| 2 | CHANGZHOU SPL COMPANY, LTD. aka ) |
|   | KAIPU BIOCHEMICAL CO. ) |
| 3 | 3 Changhong West Road ) |
|   | Wujing, Changzhou City ) |
| 4 | Jiangsu Province, China ) |
| 5 | and ) |
| 6 | AMERICAN CAPITAL LTD. ) |
|   | Two Bethesda Metro Center ) |
| 7 | 14th Floor ) |
|   | Bethesda, MD  20814 ) |
| 8 | ) |
|   | and ) |
| 9 | ) |
|   | B. BRAUN MEDICAL, INC. ) |
| 10 | c/o CSC-Lawyers Inc. Service Co. ) |
|   | 421 W. Main St. ) |
| 11 | Frankfort, KY  40601 ) |
| 12 | and ) |
| 13 | TYCO HEALTHCARE GROUP, LP N/K/A ) |
|   | COVIDIEN AND COVIDIEN INC. ) |
| 14 | c/o CT Corporation System ) |
|   | 4169 Westport Road ) |
| 15 | Louisville, KY  40207 ) |
| 16 | and ) |
| 17 | MEDEFIL, INC. ) |
|   | 250 Windy Point Dr. ) |
| 18 | Glendale Heights, IL  60139 ) |
| 19 | DOES 1 through 100, inclusive, ) |
| 20 | Defendants. ) |

IT IS HEREBY STIPULATED by and between Plaintiffs ART GONZALES and MARY GONZALES, Individually and as Successors-in-Interest of the Estate of M.G. ("Plaintiffs"), and Defendant MEDEFIL, INC., by and through their respective counsel, that Medefil, Inc. shall have

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

and hereby is granted an extension of time through and including December 14, 2009, in which to file and serve a responsive pleading to Plaintiffs' Complaint.

Dated: November 13, 2009        ROBINSON, CALCAGNIE, ROBINSON

By:     /s/ Karren T. Schaeffer
KARREN T. SCHAEFFER
Attorneys for Plaintiffs
ART GONZALES and MARY GONZALES,
Individually and as Successor-in-Interest of the
Estate of M.G.

Dated: November 13, 2009        WALSWORTH FRANKLIN BEVINS & McCALL, LLP

By:     /s/ Laurie E. Sherwood
LAURIE E. SHERWOOD
Attorneys for Defendant
MEDEFIL, INC.

IT IS SO ORDERED.

Dated: November 16, 2009        /s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
Judge of the United States District Court

**Walsworth,
Franklin,
Bevins &
McCall, LLP**
*ATTORNEYS AT LAW*

770056.1

-3-    Case No. 1:09-CV-01958-OWW-SMS

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com