1 **DUMMIT, BUCHHOLZ & TRAPP**
    Attorneys At Law
2     1661 Garden Highway
3 Sacramento, California 95833-9706
    Telephone (916) 929-9600
4     Fax (916) 927-5368
5 Daniela P. Stoutenburg- State Bar No. 183785
Carolyn L. Katzorke - State Bar No. 237989
6 Attorneys for Defendants LUCILLE SALTER PACKARD
CHILDREN'S HOSPITAL, *erroneously sued as LUCILLE PACKARD*
7 *CHILDREN'S HOSPITAL,* and STANFORD HOSPITAL & CLINICS

8 **UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

| | | |
|---|---|---|
| ART GONZALES, et al., | ) | Case No. 1:09-CV-01958-OWW-SMS |
| | ) | |
| Plaintiffs, | ) | Judge: Hon. Oliver W. Wanger |
| | ) | Courtroom: #3 (7th Floor) |
| vs. | ) | |
| | ) | **ORDER ON JOINT STIPULATION RE** |
| LUCILLE PACKARD CHILDREN'S | ) | **TRANSFER OF VENUE TO** |
| HOSPITAL, et al., | ) | **NORTHERN DISTRICT OF** |
| | ) | **CALIFORNIA PURSUANT TO 28** |
| Defendants. | ) | **U.S.C. §1404(b)** |
| | ) | |

12

13

14

15

16

17

18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

ORDER ON JOINT STIPULATION RE TRANSFER OF VENUE TO NORTHERN DISTRICT OF
CALIFORNIA PURSUANT TO 28 U.S.C. §1404(b).

1      Pursuant to 28 U.S.C. §1391, being that Defendants, LUCILLE SALTER PACKARD

2  CHILDREN'S HOSPITAL, *erroneously sued as* LUCILLE PACKARD CHILDREN'S

3  HOSPITAL, and STANFORD HOSPITAL & CLINICS, are the only Defendants of this action

4  that reside in the State of California, and as such reside in the County of Santa Clara; and

5  further, that the alleged acts of negligence that caused injury to Plaintiffs arose in Santa Clara

6  County, Plaintiffs and Defendants jointly agree to stipulate to transfer venue to the appropriate

7  venue of the Northern District of California, San Jose Branch, pursuant to 28 U.S.C. §1404(b).

8

9  Dated:  November 18, 2009       DUMMITT, BUCHHOLZ & TRAPP

10

11                        By:   /s/ Carolyn Katzorke

12                            Carolyn Katzorke
                            Attorneys for Defendants Lucille Packard

13                            Children's Hospital and Stanford Hospital & Clinics

14

15  Dated:  November 18, 2009       ROBINSON, CALCAGNIE & ROBINSON

16

17                        By:   /s/ Karren Schaeffer
                            Karren Schaeffer

18                            Attorneys for Plaintiffs

19

20  Dated:  November 18, 2009       SHOOK, HARDY & BACON LLP

21                        By:   /s/ Scott LaSalle

22                            Scott LaSalle
                            Attorneys for Defendants Tyco Healthcare Group

23                            LP n/k/a Covidien and Covidien, Inc

24  ///

25  ///

26  ///

27  ///

28  ///

ORDER ON JOINT STIPULATION RE TRANSFER OF VENUE TO NORTHERN DISTRICT OF
CALIFORNIA PURSUANT TO 28 U.S.C. §1404(b).

Dated: November 18, 2009    KIRKLAND & ELLIS, LLP


By:   /s/ Tammy A. Tsoumas
Tammy A. Tsoumas
Attorneys for Defendants Baxter Healthcare
Corporation, Baxter International Inc., Scientific
Protein Laboratories LLC, Changzou SPL Co., Ltd.,
and American Capital, Ltd.


Dated: November 18, 2009    PEEL, GARCIA & STAMPER, LLP


By:   /s/ James W. Peel
James W. Peel
Attorneys for Defendants B. Braun Medical, Inc.


Dated: November 18, 2009    WALSWORTH FRANKLIN BEVINS & MCCALL LLP


By:   /s/ Laurie Sherwood
Laurie Sherwood
Attorneys for Defendant Medefil, Inc.


### ORDER

Good cause appearing therefore, it is hereby ordered that this matter be transferred to the

proper venue of the Northern District of California, San Jose Branch, pursuant to 28 U.S.C.

§1404(b).

IT IS SO ORDERED.

**Dated:    November 18, 2009**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE
-3-