**DUMMIT, BUCHHOLZ & TRAPP**
   Attorneys At Law
   1661 Garden Highway
Sacramento, California 95833-9706
   Telephone (916) 929-9600
   Fax (916) 927-5368
Daniela P. Stoutenburg- State Bar No. 183785
Carolyn L. Katzorke - State Bar No. 237989
Attorneys for Defendants LUCILLE SALTER PACKARD
CHILDREN'S HOSPITAL, *erroneously sued as LUCILLE PACKARD CHILDREN'S HOSPITAL,* and STANFORD HOSPITAL & CLINICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART GONZALES, et al., | Case No. 5:09-CV-05539-JF |
|     Plaintiffs, | Judge: Hon. Jeremy Fogel |
| | Courtroom: #3 (5th Floor) |
| vs. | |
| LUCILLE PACKARD CHILDREN'S HOSPITAL, et al., | **STIPULATION AND ORDER RE DISMISSAL OF CAUSES OF ACTION AGAINST LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL & CLINICS; DELINEATION OF PLAINTIFFS' CAUSES OF ACTION APPLICABLE TO EACH DEFENDANTS; EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
|     Defendants. | |

    Plaintiffs, ART GONZALES and MARY GONZALES, individually and as Successors-in-Interest of the ESTATE OF MARTINA GONZALES, by and through their undersigned counsel, do herewith submit this Stipulation re Dismissal of Causes of Action as to Defendants, LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS *only* and Stipulation delineating the applicable Defendants being called to Answer each of Plaintiffs' Causes of Action.

/ / /

WHEREAS, Defendants, LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS, filed a Motion to Dismiss Plaintiffs' Causes of Action as to the moving Defendants (FRCP 12(b)(6)), a Motion to Strike either the 8th or 10th Causes of Action (FRCP 12(f)), and a Motion for a More Definitive Statement as to the entire Complaint (FRCP 12(e)); and whereas Plaintiffs do not oppose such motions and have filed a Statement of Non-Opposition, NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The First, Second, and Third Causes of Action of Plaintiffs' Complaint are hereby DISMISSED as to Defendants, LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS.

2. The Tenth Cause of Action is duplicative and is hereby DISMISSED.

3. The following is a more definitive statement as to which Defendants are being called to Answer Plaintiffs' various Causes of Action:

   a. First Cause of Action – Strict Liability – as to Defendants Baxter Healthcare Corp., Baxter International, Inc., Scientific Protein Laboratories, Inc., Chanzhou SPL Company, Ltd. aka Kaipu Biochemical Co., American Capital Ltd., B. Braun Medical Inc., Tyco Healthcare Group, LP n/k/a Covidien, Covidien, Inc., and Medefil, Inc. and Does 1-50 only.

   b. Second Cause of Action – Breach of Implied Warranty – as to Defendants Baxter Healthcare Corp., Baxter International, Inc., Scientific Protein Laboratories, Inc., Chanzhou SPL Company, Ltd. aka Kaipu Biochemical Co., American Capital Ltd., B. Braun Medical Inc., Tyco Healthcare Group, LP n/k/a Covidien, Covidien, Inc., and Medefil, Inc. and Does 1-50 only.

   c. Third Cause of Action – Breach of Express Warranty - as to Defendants Baxter Healthcare Corp., Baxter International, Inc., Scientific Protein Laboratories, Inc., Chanzhou SPL Company, Ltd. aka Kaipu Biochemical

Co., American Capital Ltd., B. Braun Medical Inc., Tyco Healthcare Group, LP n/k/a Covidien, Covidien, Inc., and Medefil, Inc. and Does 1-50 only.

d. Fourth Cause of Action – Negligence – as to Defendants Baxter Healthcare Corp., Baxter International, Inc., Scientific Protein Laboratories, Inc., Chanzhou SPL Company, Ltd. aka Kaipu Biochemical Co., American Capital Ltd., B. Braun Medical Inc., Tyco Healthcare Group, LP n/k/a Covidien, Covidien, Inc., and Medefil, Inc. and Does 1-50 only.

e. Fifth Cause of Action – Fraudulent Misrepresentation – as to Defendants Baxter Healthcare Corp., Baxter International, Inc., Scientific Protein Laboratories, Inc., Chanzhou SPL Company, Ltd. aka Kaipu Biochemical Co., American Capital Ltd., B. Braun Medical Inc., Tyco Healthcare Group, LP n/k/a Covidien, Covidien, Inc., and Medefil, Inc. and Does 1-50 only.

f. Sixth Cause of Action – Fraudulent Concealment – as to Defendants Baxter Healthcare Corp., Baxter International, Inc., Scientific Protein Laboratories, Inc., Chanzhou SPL Company, Ltd. aka Kaipu Biochemical Co., American Capital Ltd., B. Braun Medical Inc., Tyco Healthcare Group, LP n/k/a Covidien, Covidien, Inc., and Medefil, Inc. and Does 1-50 only.

g. Seventh Cause of Action – Negligent Infliction of Emotional Distress – as to Defendants Baxter Healthcare Corp., Baxter International, Inc., Scientific Protein Laboratories, Inc., Chanzhou SPL Company, Ltd. aka Kaipu Biochemical Co., American Capital Ltd., B. Braun Medical Inc., Tyco Healthcare Group, LP n/k/a Covidien, Covidien, Inc., and Medefil, Inc. and Does 1-50 only.

  h. Eighth Cause of Action – Medical Negligence – as stated in the complaint as to Defendants Lucille Packard Children's Hospital, Stanford University / Stanford University Hospital and Clinics and Does 1-50 only.

  i. Ninth Cause of Action – Negligent Infliction of Emotional Distress as stated in the complaint as to Defendants Lucille Packard Children's Hospital, Stanford University / Stanford University Hospital and Clinics and Does 1-50 only.

  j. Tenth Cause of Action – duplicative of Fourth Cause of action as to non-moving Defendants and as to the Eighth Cause of Action as to the moving Defendants.

4. Plaintiffs and Defendants, LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS jointly agree to stipulate to continue LUCILLE PACKARD CHILDREN'S HOSPITAL and STANFORD HOSPITAL & CLINICS' time to file a responsive pleading in response to Plaintiffs' Complaint for Damages to February 4, 2010.

IT IS SO STIPULATED.

Dated: January 15, 2010   DUMMIT, BUCHHOLZ & TRAPP

            By: /s/ Carolyn Katzorke
               Carolyn Katzorke
               Attorneys for Defendants Lucille Packard
               Children's Hospital and Stanford Hospital &
               Clinics

Dated: January 15, 2010   ROBINSON, CALCAGNIE & ROBINSON

            By: /s/ Karren Schaeffer
               Karren Schaeffer
               Attorneys for Plaintiffs

///

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 19, 2010          By: _____
                                     The Honorable Jeremy Fogel

STIPULATION AND ORDER RE DISMISSAL OF CAUSES OF ACTION AGAINST LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL & CLINICS; DELINEATION OF PLAINTIFFS' CAUSES OF ACTION APPLICABLE TO EACH DEFENDANTS; EXTENSION OF TIME TO RESPOND TO COMPLAINT

# DECLARATION OF SERVICE

***Gonzales v. Lucille Salter Packard Children's Hospital, et al.***       **Merced Case No. 610641**

I am employed in Sacramento County; I am over the age of eighteen years and not a party to the within action; my business address is 1661 Garden Highway, Suite 100, Sacramento, California 95833-9706.

On this date, I served the foregoing documents described as ***STIPULATION AND ORDER RE DISMISSAL OF CAUSES OF ACTION AGAINST LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL & CLINICS; DELINEATION OF PLAINTIFFS' CAUSES OF ACTION APPLICABLE TO EACH DEFENDANTS; EXTENSION OF TIME TO RESPOND TO COMPLAINT*** on the interested parties in this action as follows:

| | |
|---|---|
| ***For Plaintiffs:*** <br> Karren Schaeffer, Esq. <br> Mark P. Robinson, Jr., Esq. <br> ROBINSON, CALCAGNIE & ROBINSON <br> 620 Newport Center Drive, Ste. 700 <br> Newport Beach, California 92660 <br> Ph: (949) 720-1288 <br> Fax: (949) 720-1292 <br> Email: kschaeffer@rcrlaw.net | ***Representing Baxter Healthcare Corporation, Baxter International, Inc., Scientific Protein Laboratories, LLC., Changzhou SPL Co., Ltd., and American Capital, Ltd.:*** <br> Tammy A. Tsoumas, Esq. <br> KIRKLAND & ELLIS, LLP. <br> 333 S. Hope Street <br> Los Angeles, CA 90017 <br> Ph: (213) 680-8233 <br> Fax: (213) 808-8189 <br> Email: tammy.tsoumas@kirkland.com |
| ***Representing B. Braun Medical, Inc.*** <br> Matthew Rohrbacher, Esq. <br> ROHRBACHERS CRON MANAHAN TRIMBLE & ZIMMERMAN CO., LPA <br> 405 Madison Avenue, 8th Floor <br> Toledo, OH 43604-1243 <br> Ph: (419) 248-2600 <br> Fax: (419) 248-2614 <br> Email: mrohrbacher@rcmtz.com <br><br> and <br><br> James W. Peel, Esq. <br> PEEL, GARCIA & STAMPER, LLP <br> 3585 Beechwood, Ste. 101 <br> Fresno, CA 93711 <br> Ph: (559) 431-1300 <br> Fax: (559) 431-1442 <br> Email: jpeel@pgsllp.com | ***Representing Covidien and Covidien, Inc.:*** <br> Colin Theis, Esq. <br> SHOOK, HARDY & BACON, LLP <br> 2555 Grand Boulevard <br> Kansas City, MO 64108 <br> Ph: (816) 559-2124 <br> Fax: (816) 421-5547 <br> Email: ctheis@shb.com <br><br> and <br><br> R. Scott LaSalle, Esq. <br> SHOOK, HARDY & BACON <br> 5 Park Plaza <br> Irvine, CA 92614 <br> Ph: (949) 475-1500 <br> Fax: (949) 475-0016 <br> Email: rlasalle@shb.com |

STIPULATION AND ORDER RE DISMISSAL OF CAUSES OF ACTION AGAINST LUCILLE PACKARD CHILDREN'S HOSPITAL AND STANFORD HOSPITAL & CLINICS; DELINEATION OF PLAINTIFFS' CAUSES OF ACTION APPLICABLE TO EACH DEFENDANTS; EXTENSION OF TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | ***Representing Medefil, Inc.*** |
| | Barry R. Murner, Esq. |
| 2 | SEELEY, SAVIDGE, EBERT & GOURASH |
| | 26600 Detroit Road |
| 3 | Cleveland, OH 44145-2397 |
| 4 | Ph:   (216) 566-8200 |
| | Fax:  (216) 566-0213 |
| 5 | Email: bmurner@sseg-law.com |
| 6 | and |
| 7 | Laurie Sherwood, Esq. |
| | WALSWORTH, FRANKLIN, BEVINS & |
| 8 | McCALL, LLP |
| 9 | 601 Montgomery Street, 9th Floor |
| | San Francisco, CA 94111-2612 |
| 10 | Ph:   (415) 781-7072 |
| | Fax:  (415) 391-6258 |
| 11 | Email: lsherwood@wfbm.com |

✔ **Via United States Postal Service.** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am familiar with the business practices of the law offices of Dummit, Buchholz & Trapp for collecting and processing mail, and know that the mail in said office is collected and processed so that this piece of mail was deposited with the United States Postal Service on the same date as is indicated herein below.

__ **Via Overnight Mail Service.** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via the following overnight mail courier service: ***United Parcel Service ("UPS")***. The above envelopes were placed for collection and delivery by UPS with fees thereon fully prepaid or provided for in accordance with ordinary business practices.

__ **Via Facsimile.** By sending a true copy thereof by facsimile machine to the numbers listed herein below, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

Executed on <u>January 15, 2010</u>, at Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                        /s/ Angelina M. Lopez
                                          Angelina M. Lopez