LAURIE E. SHERWOOD, State Bar No. 155312
ALEXANDER F. PEVZNER, State Bar No. 221606
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
MEDEFIL, INC.

**OF COUNSEL:**
BARRY R. MURNER, ESQ.
SEELEY, SAVIDGE, EBERT & GOURASH CO., LPA
26600 Detroit Road
Cleveland, OH 44145-2397

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ART GONZALES and MARY GONZALES, Individually and as Successors-in-Interest of the Estate of M.G., <br><br>Plaintiffs, <br><br>v. <br><br>LUCILLE PACKARD CHILDREN'S HOSPITAL, STANFORD HOSPITAL AND CLINICS, <br><br>BAXTER HEALTHCARE CORP. <br>c/o Ct Corporation System <br>4169 Westport Road <br>Louisville, KY 40207 <br><br>and <br><br>BAXTER INTERNATIONAL, INC. <br>One Baxter Parkway <br>Deerfield, IL 60015 <br><br>and <br><br>SCIENTIFIC PROTEIN LABORATORIES, INC. <br>c/o CT Corporation System, Registered Agent <br>8040 Excelsior Dr., Suite 200 <br>Madison, WI 53717 <br><br>and | Case No. 5:09-CV-05539-~~PVT~~ JF <br><br>Judge: Hon. ~~Patricia V. Trumbull~~ Jeremy Fogel <br>Ctrm: ~~5~~ 3 <br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT** |

-1-    Case No. 5:09-CV-05539-PVT

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

808012.1
1807-3.2131

| | |
|---|---|
| 1 | |
| 2 | CHANGZHOU SPL COMPANY, LTD. aka KAIPU BIOCHEMICAL CO. |
| 3 | 3 Changhong West Road<br>Wujing, Changzhou City<br>Jiangsu Province, China |
| 4 | and |
| 5 | AMERICAN CAPITAL LTD. |
| 6 | Two Bethesda Metro Center<br>14th Floor |
| 7 | Bethesda, MD 20814 |
| 8 | and |
| 9 | B. BRAUN MEDICAL, INC.<br>c/o CSC-Lawyers Inc. Service Co. |
| 10 | 421 W. Main St.<br>Frankfort, KY 40601 |
| 11 | |
| 12 | and |
| 13 | TYCO HEALTHCARE GROUP, LP N/K/A COVIDIEN AND COVIDIEN INC. |
| 14 | c/o CT Corporation System<br>4169 Westport Road<br>Louisville, KY 40207 |
| 15 | |
| 16 | and |
| 17 | MEDEFIL, INC.<br>250 Windy Point Dr. |
| 18 | Glendale Heights, IL 60139 |
| 19 | DOES 1 through 100, inclusive, |
| 20 | Defendants. |

21  IT IS HEREBY STIPULATED by and between Plaintiffs ART GONZALES and MARY

22 GONZALES, Individually and as Successors-in-Interest of the Estate of M.G. ("Plaintiffs"), and

23 Defendant MEDEFIL, INC., by and through their respective counsel, that Medefil, Inc. shall have

24 ///

25 ///

26 ///

27 ///

28 ///

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

808012.1
1807-3.2131

-2-   Case No. 5:09-CV-05539-PVT

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

and hereby is granted an extension of time through and including February 11, 2010, in which to file and serve a responsive pleading to Plaintiffs' Complaint. This extension will allow time for a decision as to whether the matter will be transferred to the MDL.

Dated: January 14, 2010     ROBINSON, CALCAGNIE, ROBINSON


By:      /s/ Karren T. Schaeffer
KARREN T. SCHAEFFER
Attorneys for Plaintiffs
ART GONZALES and MARY GONZALES,
Individually and as Successor-in-Interest of the
Estate of M.G.

Dated: January 14, 2010     WALSWORTH FRANKLIN BEVINS & McCALL, LLP


By:      /s/ Laurie E. Sherwood
LAURIE E. SHERWOOD
Attorneys for Defendant
MEDEFIL, INC.

IT IS SO ORDERED.

Dated: January __20__, 2010

_____JEREMY FOGEL_____
THE HONORABLE ~~PATRICIA V. TRUMBULL~~
Judge of the United States District Court

-3-    Case No. 5:09-CV-05539-PVT

STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW
808012.1
1807-3.2131