A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Mar 31, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk



UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Mar 31, 2010**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: HEPARIN PRODUCTS
LIABILITY LITIGATION
    Art Gonzales, et al. v. Lucille Packard Children's Hospital, )
        et al., N.D. California, C.A. No. 5:09-5539        )        MDL No. 1953

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Gonzales*) on December 28, 2009. Prior to expiration of that order's 14-day stay of transmittal, the healthcare defendants in *Gonzales* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in San Diego, California, on March 25, 2010. The Panel has now been advised that defendants wish to withdraw their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-29" filed on December 28, 2009, is LIFTED. The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James G. Carr.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel